IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Michael McConnell, <br><br> *On behalf of himself and those similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> EUBA Corp., *et al.*, <br><br> Defendants. | Case No. 3:18-cv-355 <br><br> Judge Walter H. Rice |

[ ] ORDER

For good cause shown, Defendants' motion is granted such that:

1. Defendants shall have until November 18, 2019, to respond to Plaintiff's Motion to Send Notice to Similarly Situated Employees (ECF #27);

2. Defendants shall have until November 25, 2019, to respond to Plaintiff's Motion for Partial Judgment on the Pleadings (ECF #30); and

3. Defendants consent to tolling the Fair Labor Standards Act statute of limitations for the 14-day extension period from November 4, 2019 until November 18, 2019.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE