IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Mary Buckles, *On behalf of herself and those similarly situated*, Plaintiff, v. EUBA Corp., *et al.*, Defendants. | Case No. 3:18-cv-355 Judge Walter H. Rice Magistrate Judge Michael J. Newman |

**[PROPOSED] ORDER APPROVING PARTIES' FLSA AND STATE WAGE LAW SETTLEMENTS**

CONSIDERING the record of these proceedings, the settlement agreements, and the Unopposed Motion for Settlement Approval and finding that the resolution presented constitutes a fair and reasonable settlement of a *bona fide* dispute between the Parties and finding good cause exists for granting the same:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the current Motion for Settlement Approval be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Settlement and Release Agreements executed by Mary Buckles, and the terms and conditions therein are hereby approved.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the above-captioned lawsuit ~~of Plaintiff Mary Buckley~~ is dismissed with prejudice, with each party to bear their own respective court costs, attorney's fees and expenses. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

THUS DONE AND SIGNED on this 14th day of November, 2019 in ~~Columbus~~ Dayton, Ohio.

_____
Honorable Walter H. Rice
United States District Court Judge