**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| Michael McConnell, | |
| *On behalf of himself and those similarly situated*, | Case No. 3:18-cv-355 |
| Plaintiff, | Judge Walter H. Rice |
| v. | |
| EUBA Corp., *et al.*, | |
| Defendants. | |

## ORDER

For good cause shown, Defendants' motion is granted such that:

1.  Defendants shall have until January 10, 2020, to file their Reply in Support of Motion for

    Partial Judgment on the Pleadings (ECF #37);

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE